SMITH & MABLEY, Inc., Respondent, v. MERCEDES IMPORT CO., Appellant. (Supreme Court, Appellate Division, First Department, May 14, 1909.) Action by Smith & Mabley, Incorporated, against the Mercedes Import

Company. H. Taylor, for appellant. T. D. Kenneson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed